IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| THREE A's HOLDINGS, L.L.C., a Delaware | ) | Case No. 06-10886 (BLS) |
| limited liability company, *et al.* | ) | |
| | ) | |
| Debtors | ) | |

## APPELLANT'S DESIGNATION OF RECORD ON APPEAL

Cathedral Partners, LLC ("Appellant"), by and through its undersigned counsel, designates the record on appeal to include the following:

1. Emergency Motion to Approve an Order (A) Approving the Bidding Procedures, (B) Approving the Form and Manner of Notice of the Auction and Sale and (C) Approving the Sale of the Debtors' Assets (Docket No. 15).

2. Order Approving the Bidding Procedures for the Auction and Sale of the Debtors' Assets (Docket No. 131).

3. Notice of Service of the Agency Agreement filed by Three A's Holdings, L.L.C. (Docket No. 215).

4. Order (A) Authorizing the Debtors to Conduct Going Out of Business Sales Pursuant to 11 U.S.C. § 363 and (B) Approving Agency Agreement (Docket No. 365).

5. Notice of Filing of Designation Rights Agreement and Notice of Hearing to Consider Approval of Sale (Docket No. 429)

6. Order (A) Approving Designation Rights Agreement, (B) Authorizing the Debtors to Sell Designation Rights for, and to Assume and Assign, Debtors' Unexpired Non Residential Real Property Leases to Assignee(s), Free and Clear of all Liens, Claims, Encumbrances and Interests and (C) Granting Related Relief (Docket No. 443)

#8175289 v3

7. Motion to Approve (I) Procedures for the Assumption and Assignment of Unexpired Leases of Nonresidential Real Property and (II) Related Relief (Docket No. 465).

8. Objection to Debtors' Motion for an Order Pursuant to Sections 105 and 365 of the Bankruptcy Code and Bankruptcy Rules 2002 and 6006, (I) Approving Procedures for the Assumption and Assignment of Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief (Docket No. 498).

9. Joinder of Cathedral Capital Partners, LLC to Objection of Federal Realty Investment Trust, New Plan Excel Realty Trust, Inc., Kravco Simon Company and Developers Diversified Realty Corporation to Debtors' Motion for an Order Pursuant to Sections 105 and 365 of the Bankruptcy Code and Bankruptcy Rules 2002 and 6006, (I) Approving Procedures for the Assumption and Assignment of Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief (Docket No. 535).

10. Order Extending Time for Debtors and Debtors in Possession to Assume or Reject Unexpired Leases of Nonresidential Real Property (Docket No. 593).

11. Order (I) Approving Procedures for the Assumption and Assignment of Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief (Docket No. 598).

12. Notice of Intent of Assumption and Assignment of Lease of Unexpired Lease of Nonresidential Real Property (Lease #1381 - Brea Promenade) (Docket No. 601).

13. Objection to Notice of Assumption and Assignment of Lease of Unexpired Lease of Nonresidential Real Property (Docket No. 666).

14. Notice of Appeal [BAP-06-76] of Cathedral Capital Partners, LLC from Order, Pursuant to Sections 105 and 365 of the Bankruptcy Code and Bankruptcy Rules 2002 and 6006 (I) Approving Procedures for the Assumption and Assignment of Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief (Docket No. 669).

#8175289 v3

15.     Transcript of November 17, 2006 Hearing.

## STATEMENT OF ISSUES ON APPEAL

The Appellant, by and through its undersigned counsel, designates the issues on appeal to include the following:

1.      Whether the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") erred in ruling that the Anti-Assignment Provisions[1] are inconsistent with Bankruptcy Code sections 365(f)(1) and 365(f)(3) and the Congressional policy expressed therein and are unenforceable without reference to any specific lease or any provision in any specific lease.

2.      Whether the Bankruptcy Court in ruling that the Anti-Assignment Provisions are inconsistent with Bankruptcy Code section 365(f)(1) and 365(f)(3) and the Congressional policy expressed therein, issued an improper advisory opinion.

Dated: December 7, 2006

Respectfully submitted,

*Evelyn J. Meltzer* (signature)

David M. Fournier (DE No. 2812)
Evelyn J. Meltzer (DE No. 4581)
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801
Telephone: 302.777.6500
Facsimile: 302.421.8390

-and-

David M. Poitras, Esq.
Jeffer Mangels Butler & Marmaro LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
Telephone: 310.201.3571
Facsimile: 310.712.8571

Attorneys for Cathedral Partners, LLC

---

[1] Terms not defined herein shall have the meaning ascribed to them in the Order (I) Approving Procedures for the Assumption and Assignment of Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief (Docket No. 598).

#8175289 v3