IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THREE A'S HOLDINGS, L.L.C., | ) | Case No. 06-10886 (BLS) |
| a Delaware limited liability company, et al.,[1] | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

### DEBTORS' COUNTER DESIGNATION OF ADDITIONAL RECORDS ON APPEAL

Three A's Holdings, L.L.C., a Delaware limited liability company, and its direct and indirect affiliates, Jeremy's Holdings, LLC, a Delaware limited liability company, Tower Direct LLC, a Delaware limited liability company, 33rd Street Records, Incorporated, a Delaware corporation, Pipernick Corp., a Delaware corporation, M T S, Incorporated, a California corporation, Columbus & Bay, Inc., a California corporation, and R.T. Records, Incorporated, a California corporation, each as a debtor and debtor-in-possession (collectively, the "Debtors"), hereby counter-designate the following additional documents to be contained in the record for consideration on appeal of the Order (I) Approving Procedures for the Assumption and Assignment of Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief [Docket No. 598] pursuant to Federal Rule of Bankruptcy Procedure 8006:

| Date | Docket No. | Pleading |
|---|---|---|
| 10/27/2006 | 461 | Motion of Debtors and Debtors in Possession for an Order Pursuant to Bankruptcy Code Section 365(d)(4) Extending the Time to Assume or Reject Unexpired Leases of Nonresidential Real Property |

---

[1] The Debtors are the following entities: Three A's Holdings, L.L.C., Jeremy's Holdings, LLC, Tower Direct LLC, 33rd Street Records, Incorporated, Pipernick Corp., M T S, Incorporated, Columbus & Bay, Inc. and R.T. Records, Incorporated.

2

| Date | Docket No. | Pleading |
|---|---|---|
| 11/15/2006 | 571 | Declaration of Rebecca L. Roedell in Support of the Motions of the Debtors and Debtors in Possession for (I) an Order Pursuant to Bankruptcy Code Section 365(d)(4) Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property and (II) an Order Pursuant to Sections 105 and 365 of the Bankruptcy Code and Bankruptcy Rules 2002 and 6006 Approving Procedures for the Assumption and Assignment of Unexpired Leases of Nonresidential Real Property |
| 11/16/2006 | 588 | Certification of Counsel Re: Order Pursuant to Sections 105 and 365 of the Bankruptcy Code and Bankruptcy Rules 2002 and 6006, (I) Approving Procedures for the Assumption and Assignment of Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief |
| 12/12/2006 | 791 | Transcript of Hearing held on November 16, 2006 |

The Debtors reserve the right to cite and rely upon any aspect of the record designated by other parties and reserve the right to supplement these designations or ask the Court to take notice of any other submissions in the docket below.

Dated: December 18, 2006
      Wilmington, Delaware

Respectfully submitted,

*/s/ Mark D. Collins*

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

Stephen H. Warren
Karen Rinehart
Emily R. Culler
Hilary S. Reed
O'MELVENY & MYERS LLP
400 South Hope St.
Los Angeles, California 90071
(213) 430-6000

Peter J. Gurfein
Drake D. Foster
AKIN, GUMP, STRAUSS, HAUR & FELD LLP
2029 Century Park East, 24th Floor
Los Angeles, California 90067
(310) 229-1000

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION