IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #** 4

IN RE: Three A's Holdings LLC, a Delaware
limited liability company, et al

---

| | | |
|---|---|---|
| Cathedral Capital Partners LLC | ) | |
| | ) | |
| Appellant | ) | Civil Action No.  06-797 |
| v. | ) | |
| | ) | |
| | ) | |
| Three A's Holdings LLC | ) | |
| | ) | |
| Appellee | ) | Bankruptcy Case No. 06-10886 |
| | | Bankruptcy Appeal No. 06-76 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 11/17/06 was docketed in the District Court on 12/28/06:

> Order, Pursuant to Sections 105 and 365 of the Bankruptcy Code and Bankruptcy Rules 2002 and 6006, (1) Approving Procedures for the Assumption and Assignment of Unexpired Leases of Nonresidential Real Property and (11) Granting Related Relief

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office. Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

Peter T. Dalleo
Clerk of Court

Date:   December 29, 2006

To:   U.S. Bankruptcy Court
       Counsel