IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| THREE A'S HOLDING, L.L.C. | ) | Bankruptcy Case No. 06-10886 (BLS) |
| a Delaware limited liability company, | ) | |
| *et al.* | ) | |
| | ) | |
| Cathedral Capital Partners LLC | ) | |
| | ) | |
| Appellant | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-797 (***) |
| | ) | |
| Three A's Holding LLC | ) | |
| | ) | |
| Appellee | ) | |

## STIPULATED ORDER SETTING BRIEFING SCHEDULE

Appellant Cathedral Partners, LLC (the "Appellant"), and Appellees (i) Debtors Three A's Holding LLC, et al., (ii) Official Committee of Unsecured Creditors of Three A's Holdings LLC, et al., and (iii) Great American Group, LLC, Hudson Capital Group, LLC, Crystal Capital Fund, LP, and Retail Consulting Services, LLC (collectively, the "Appellees"), by and through their respective undersigned counsel, hereby stipulate as follows:

A. On November 27, 2006, Appellant filed the Notice of Appeal [BAP-06-76] of Cathedral Capital Partners, LLC from Order, Pursuant to Sections 105 and 365 of the Bankruptcy Code and Bankruptcy Rules 2002 and 6006 (I) Approving Procedures for the Assumption and Assignment of Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief in the United States Bankruptcy Court for the District of Delaware (Bankr. Docket No. 669).

B. On December 7, 2006, Appellant filed its Appellant Designation of Items for Inclusion in Record on Appeal (Bankr. Docket No. 737).

C. On December 18, 2006, certain Appellees filed Appellee's Designation of

#8245740 v2

Additional Items for Inclusion in Record of Appeal (Bankr. Docket No. 869).

D. On December 28, 2006, the United States Bankruptcy Court for the District of Delaware transmitted the record to the United States District Court for the District of Delaware.

E. To facilitate discussion between the parties aimed at attempting to reach a consensual resolution of this matter, the parties have agreed to a stipulated briefing schedule on this appeal as set forth below, subject to Court approval.

NOW, THEREFORE, in consideration of the foregoing, the parties hereto stipulate and agree that the deadline by which Appellant shall file its opening brief in this appeal is extended to February 26, 2007, the deadline by which Appellees shall file any answering brief(s) in this appeal is extended to March 28, 2007, and the deadline by which Appellant shall file any reply brief in this appeal is extended to April 12, 2007.

AGREED TO BY:

| APPELLANT: | APPELLEES: |
|---|---|
| PEPPER HAMILTON LLP | RICHARDS, LAYTON & FINGER |
| /s/ Evelyn J. Meltzer | /s/ Michael J. Merchant |
| David M. Fournier (DE No. 2812) | Mark D. Collins (DE No. 2981) |
| Evelyn J. Meltzer (DE No. 4581) | Michael J. Merchant (DE No. 3854) |
| Hercules Plaza, Suite 5100 | One Rodney Square |
| 1313 N. Market Street | P.O. Box 551 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| Telephone: 302.777.6500 | Telephone: 302.651.7700 |
| -and- | -and- |
| David M. Poitras | Peter J. Gurfein |
| JEFFER MANGELS BUTLER & MARMARO LLP | Drake D. Foster |
| 1900 Avenue of the Stars, 7th Floor | AKIN, GUMP, STRAUSS, HAUER & FELD, LLP |
| Los Angeles, CA 90067 | 2029 Century Park East, Suite 2400 |
| Telephone: 310.201.3571 | Los Angeles, CA 90067-3012 |
| | Telephone: 213.229.1000 |
| Attorneys for Cathedral Partners, LLC | Attorneys for the Debtors |

APPELLEES (Cont.):

COOLEY GODWARD KRONISH LLP

_____
Jay R. Indyke
Cathy Hershcopf
1114 Avenue of Americas
New York, NY 10036
Telephone: 212.479.6138

Attorneys for Great American Group, LLC, Hudson Capital Group, LLC, Crystal Capital Fund, LP, and Retail Consulting Services, LLC


COZEN O'CONNOR

_____ (4159)
Mark E. Felger (DE No. 3919)
Chase Manhattan Centre
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
Telephone: 302.295.2087

-and-

Robert A. Cox, Jr.
MCGUIRE WOODS LLP
Bank of America Corporate Center
100 North Tryon Street, Suite 2900
Charlotte, NC 28202
Telephone: 704.373.4637

Attorneys for the Official Committee of Unsecured Creditors of Three A's Holdings, LLC, et al.


**IT IS SO ORDERED,**

this ___ day of _____, 2007.

_____
**United States District Judge**

# CERTIFICATE OF SERVICE

I, Evelyn J. Meltzer, hereby certify that on the 10th day of January, 2007, I caused the foregoing **Stipulated Order Setting Briefing Scheduled** to be served upon the following parties by first class mail.

Mark D. Collins, Esq.
Michael J. Merchant
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
*Attorneys for the Debtors*

Peter J. Gurfein, Esq.
Drake D. Foster, Esq.
Akin, Gump, Strauss, Hauer & Feld, LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3012
*Attorneys for the Debtors*

Jay R. Indyke, Esq.
Cathy Hershcopf, Esq.
Cooley Godward Kronish LLP
1114 Avenue of Americas
New York, NY 10036
Attorneys for Great American Group, LLC, Hudson Capital Group, LLC, Crystal Capital Fund, LP, and Retail Consulting Services, LLC

Mark E. Felger, Esq.
Cozen O'Connor
Chase Manhattan Centre
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
*Attorneys for the Official Committee of Unsecured Creditors of Three A's Holdings, LLC, et al.*

Robert A. Cox, Jr., Esq.
McGuire Woods LLP
Bank of America Corporate Center
100 North Tryon Street, Suite 2900
Charlotte, NC 28202
*Attorneys for the Official Committee of Unsecured Creditors of Three A's Holdings, LLC, et al.*

_____
Evelyn J. Meltzer