**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| THREE A'S HOLDING, L.L.C. | ) | Bankruptcy Case No. 06-10886 (BLS) |
| a Delaware limited liability company, | ) | |
| *et al.* | ) | |
| _____ | ) | _____ |
| | ) | |
| Cathedral Capital Partners LLC, | ) | |
| | ) | |
| Appellant | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-797 (***) |
| | ) | |
| Three A's Holding LLC, et al., | ) | **Relates to Docket No. 6** |
| | ) | |
| Appellees. | ) | |

**CERTIFICATION OF COUNSEL REGARDING STIPULATED ORDER DEFERRING**
**BRIEFING SCHEDULE PENDING CONCLUSION OF MEDIATION**

I, Evelyn J. Meltzer, an associate with Pepper Hamilton LLP, counsel for Appellant Cathedral Partners, LLC (the "Appellant"), hereby certify:

1.      On January 11, 2007, the Court entered the Stipulated Order Setting Briefing Schedule (Docket No. 6) (the "Briefing Order").  Per the Briefing Order, the deadline by which Appellant must file its opening brief in this appeal is February 26, 2007, the deadline by which Appellees (i) Debtors Three A's Holding LLC, et al., (ii) Official Committee of Unsecured Creditors of Three A's Holdings LLC, et al., and (iii) Great American Group, LLC, Hudson Capital Group, LLC, Crystal Capital Fund, LP, and Retail Consulting Services, LLC (collectively, the "Appellees") must file its answering brief(s) in this appeal is March 28, 2007, and the deadline by which Appellant must file any reply brief in this appeal is April 12, 2007.

2.      After entry of the Briefing Order, the parties learned that this matter was assigned to mediation by the Court.

3.      Pursuant to the Stipulation attached hereto as **Exhibit A** (the "Stipulation"), the Appellant and the Appellees have agreed, subject to Court approval, that all briefing requirements are stayed with respect to the appeal pending conclusion of the mediation. Should the mediation be unsuccessful, the parties shall promptly submit a revised proposed briefing schedule to the Court.

4.      The Appellant respectfully requests that the Court enter the order attached hereto as **Exhibit A** approving the Stipulation at the Court's convenience.

Dated: February 27, 2007                    PEPPER HAMILTON LLP
        Wilmington, DE


                                            _/s/  Evelyn J. Meltzer_____
                                            David M. Fournier (DE No. 2812)
                                            Evelyn J. Meltzer (DE No. 4581)
                                            PEPPER HAMILTON LLP
                                            Hercules Plaza, Suite 5100
                                            1313 North Market Street
                                            Wilmington, Delaware 19801
                                            Telephone (302) 777-6500
                                            Facsimile (302) 421-8390

                                            -and-

                                            David M. Poitras
                                            JEFFER MANGELS BUTLER & MARMARO LLP
                                            1900 Avenue of the Stars, 7th Floor
                                            Los Angeles, CA 90067
                                            Telephone: 310.201.3571

                                            Attorneys for Cathedral Partners, LLC

#8362610 v1

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re:                                )
                                      )
THREE A'S HOLDING, L.L.C.             )    Bankruptcy Case No. 06-10886 (BLS)
a Delaware limited liability company, )
et al.                                )
                                      )
_____)_____
                                      )
Cathedral Capital Partners LLC,       )
                                      )
                   Appellant          )
                                      )
        v.                            )    Civil Action No. 06-797 (***)
                                      )
Three A's Holding LLC, et al.,        )
                                      )
                   Appellees.         )

## STIPULATED ORDER DEFERRING BRIEFING SCHEDULE
## PENDING CONCLUSION OF MEDIATION

Appellant Cathedral Partners, LLC (the "Appellant"), and Appellees (i) Debtors

Three A's Holding LLC, et al., (ii) Official Committee of Unsecured Creditors of Three A's

Holdings LLC, et al., and (iii) Great American Group, LLC, Hudson Capital Group, LLC,

Crystal Capital Fund, LP, and Retail Consulting Services, LLC (collectively, the "Appellees"),

by and through their respective undersigned counsel, hereby stipulate as follows:

A.    On January 11, 2007, the Court entered the Stipulated Order Setting Briefing

Schedule (Docket No. 6) (the "Briefing Order"). Per the Briefing Order, the deadline by which

Appellant must file its opening brief in this appeal is February 26, 2007, the deadline by which

Appellees must file its answering brief(s) in this appeal is March 28, 2007, and the deadline by

which Appellant must file any reply brief in this appeal is April 12, 2007.

B.    After entry of the Briefing Order, this matter was assigned to mediation by the

Court. As such, the parties have agreed to defer briefing on this appeal as set forth below,

subject to Court approval.

#8266519 v1

NOW, THEREFORE, in consideration of the foregoing, the parties hereto stipulate and agree that all briefing requirements are stayed with respect to the appeal pending conclusion of the mediation. Should the mediation be unsuccessful, the parties shall promptly submit a revised proposed briefing schedule to the Court.

AGREED TO BY:

APPELLANT:

PEPPER HAMILTON LLP

David M. Fournier (DE No. 2812)
Evelyn J. Meltzer (DE No. 4581)
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801
Telephone: 302.777.6500

-and-

David M. Poitras
JEFFER MANGELS BUTLER &
MARMARO LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
Telephone: 310.201.3571

Attorneys for Cathedral Partners, LLC

APPELLEES:

RICHARDS, LAYTON & FINGER, P.A.

Mark D. Collins (DE No. 2981)
Michael J. Merchant (DE No. 3854)
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Telephone: 302.651.7700

-and-

Peter J. Gurfein
Drake D. Foster
AKIN, GUMP, STRAUSS, HAUER &
FELD, LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3012
Telephone: 213.229.1000

Attorneys for the Debtors


COOLEY GODWARD KRONISH LLP

Jay R. Indyke
Cathy Hershcopf
1114 Avenue of Americas
New York, NY 10036
Telephone: 212.479.6138

Attorneys for Great American Group, LLC, Hudson Capital Group, LLC, Crystal Capital Fund, LP, and Retail Consulting Services, LLC

-2-

NOW, THEREFORE, in consideration of the foregoing, the parties hereto stipulate and agree that all briefing requirements are stayed with respect to the appeal pending conclusion of the mediation. Should the mediation be unsuccessful, the parties shall promptly submit a revised proposed briefing schedule to the Court.

AGREED TO BY:

| APPELLANT: | APPELLEES: |
|---|---|
| PEPPER HAMILTON LLP | RICHARDS, LAYTON & FINGER |

| | |
|---|---|
| David M. Fournier (DE No. 2812) | Mark D. Collins (DE No. 2981) |
| Evelyn J. Meltzer (DE No. 4581) | Michael J. Merchant (DE No. 3854) |
| Hercules Plaza, Suite 5100 | One Rodney Square |
| 1313 N. Market Street | P.O. Box 551 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| Telephone: 302.777.6500 | Telephone: 302.651.7700 |
| | |
| -and- | -and- |
| | |
| David M. Poitras | Peter J. Gurfein |
| JEFFER MANGELS BUTLER & | Drake D. Foster |
| MARMARO LLP | AKIN, GUMP, STRAUSS, HAUER & |
| 1900 Avenue of the Stars, 7th Floor | FELD, LLP |
| Los Angeles, CA 90067 | 2029 Century Park East, Suite 2400 |
| Telephone: 310.201.3571 | Los Angeles, CA 90067-3012 |
| | Telephone: 213.229.1000 |
| Attorneys for Cathedral Partners, LLC | |
| | Attorneys for the Debtors |

COOLEY GODWARD KRONISH LLP

Jay R. Indyke
Cathy Hershcopf
1114 Avenue of Americas
New York, NY 10036
Telephone: 212.479.6138

Attorneys for Great American Group, LLC, Hudson Capital Group, LLC, Crystal Capital Fund, LP, and Retail Consulting Services, LLC

-2-

APPELLEES (Cont.):

COZEN O'CONNOR

_____
Mark E. Felger (DE No. 3919)
Jeffrey R. Waxman (DE No. 4159)
Chase Manhattan Centre
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
Telephone: 302.295.2087

-and-


Lawrence E. Rifken, Esquire
J. Eric Crupi, Esquire
Robert A. Cox, Jr., Esquire
MCGUIRE WOODS LLP
Bank of America Corporate Center
100 North Tryon Street, Suite 2900
Charlotte, NC 28202
Telephone: 704.373.4637

Attorneys for the Official Committee of
Unsecured Creditors of Three A's Holdings,
LLC, et al.

**IT IS SO ORDERED,**

**this ___ day of _____, 2007.**

_____
**United States District Judge**

## CERTIFICATE OF SERVICE

I, Evelyn J. Meltzer, hereby certify that on the 27th day of February, 2007, I caused the foregoing **Certification of Counsel Regarding Stipulated Order Deferring Briefing Schedule Pending Conclusion of Mediation** to be served upon the following parties by first class mail.

| | |
|---|---|
| Mark D. Collins, Esq.<br>Michael J. Merchant<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>*Attorneys for the Debtors* | Peter J. Gurfein, Esq.<br>Drake D. Foster, Esq.<br>Akin, Gump, Strauss, Hauer & Feld, LLP<br>2029 Century Park East, Suite 2400<br>Los Angeles, CA 90067-3012<br>*Attorneys for the Debtors* |
| Jay R. Indyke, Esq.<br>Cathy Hershcopf, Esq.<br>Cooley Godward Kronish LLP<br>1114 Avenue of Americas<br>New York, NY 10036<br>*Attorneys for Great American Group, LLC, Hudson Capital Group, LLC, Crystal Capital Fund, LP, and Retail Consulting Services, LLC* | David M. Poitras, Esq.<br>Jeffer Mangel Butler & Marmaro LLP<br>1900 Avenue of the Stars, 7th Floor<br>Los Angeles, CA 90067<br>*Attorneys for Cathedral Partners, LLC* |
| Mark E. Felger, Esq.<br>Cozen O'Connor<br>Chase Manhattan Centre<br>1201 N. Market Street, Suite 1400<br>Wilmington, DE 19801<br>*Attorneys for the Official Committee of Unsecured Creditors of Three A's Holdings, LLC, et al.* | Robert A. Cox, Jr., Esq.<br>McGuire Woods LLP<br>Bank of America Corporate Center<br>100 North Tryon Street, Suite 2900<br>Charlotte, NC 28202<br>*Attorneys for the Official Committee of Unsecured Creditors of Three A's Holdings, LLC, et al.* |

  /s/ Evelyn J. Meltzer