## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| THREE A'S HOLDING, L.L.C. | ) Bankruptcy Case No. 06-10886 (BLS) |
| a Delaware limited liability company, | ) |
| et al. | ) |
| | ) |
| | ) |
| Cathedral Capital Partners LLC, | ) |
| | ) |
| Appellant | ) |
| | ) |
| v. | ) Civil Action No. 06-797 (***) |
| | ) |
| Three A's Holding LLC, et al., | ) |
| | ) |
| Appellees. | ) |

## STIPULATED ORDER DEFERRING BRIEFING SCHEDULE
## PENDING CONCLUSION OF MEDIATION

Appellant Cathedral Partners, LLC (the "Appellant"), and Appellees (i) Debtors

Three A's Holding LLC, et al., (ii) Official Committee of Unsecured Creditors of Three A's

Holdings LLC, et al., and (iii) Great American Group, LLC, Hudson Capital Group, LLC,

Crystal Capital Fund, LP, and Retail Consulting Services, LLC (collectively, the "Appellees"),

by and through their respective undersigned counsel, hereby stipulate as follows:

A.      On January 11, 2007, the Court entered the Stipulated Order Setting Briefing

Schedule (Docket No. 6) (the "Briefing Order"). Per the Briefing Order, the deadline by which

Appellant must file its opening brief in this appeal is February 26, 2007, the deadline by which

Appellees must file its answering brief(s) in this appeal is March 28, 2007, and the deadline by

which Appellant must file any reply brief in this appeal is April 12, 2007.

B.      After entry of the Briefing Order, this matter was assigned to mediation by the

Court. As such, the parties have agreed to defer briefing on this appeal as set forth below,

subject to Court approval.

#8266519 v1

NOW, THEREFORE, in consideration of the foregoing, the parties hereto stipulate and agree that all briefing requirements are stayed with respect to the appeal pending conclusion of the mediation. Should the mediation be unsuccessful, the parties shall promptly submit a revised proposed briefing schedule to the Court.

AGREED TO BY:

APPELLANT:

PEPPER HAMILTON LLP

David M. Fournier (DE No. 2812)
Evelyn J. Meltzer (DE No. 4581)
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801
Telephone: 302.777.6500

-and-

David M. Poitras
JEFFER MANGELS BUTLER &
MARMARO LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
Telephone: 310.201.3571

Attorneys for Cathedral Partners, LLC

APPELLEES:

RICHARDS, LAYTON & FINGER, P.A.

Mark D. Collins (DE No. 2981)
Michael J. Merchant (DE No. 3854)
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Telephone: 302.651.7700

-and-

Peter J. Gurfein
Drake D. Foster
AKIN, GUMP, STRAUSS, HAUER &
FELD, LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3012
Telephone: 213.229.1000

Attorneys for the Debtors

COOLEY GODWARD KRONISH LLP

Jay R. Indyke
Cathy Hershcopf
1114 Avenue of Americas
New York, NY 10036
Telephone: 212.479.6138

Attorneys for Great American Group, LLC,
Hudson Capital Group, LLC, Crystal Capital
Fund, LP, and Retail Consulting Services, LLC

-2-

NOW, THEREFORE, in consideration of the foregoing, the parties hereto stipulate and agree that all briefing requirements are stayed with respect to the appeal pending conclusion of the mediation. Should the mediation be unsuccessful, the parties shall promptly submit a revised proposed briefing schedule to the Court.

AGREED TO BY:

APPELLANT:

PEPPER HAMILTON LLP

_____
David M. Fournier (DE No. 2812)
Evelyn J. Meltzer (DE No. 4581)
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801
Telephone: 302.777.6500

-and-

David M. Poitras
JEFFER MANGELS BUTLER &
MARMARO LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
Telephone: 310.201.3571

Attorneys for Cathedral Partners, LLC

APPELLEES:

RICHARDS, LAYTON & FINGER

_____
Mark D. Collins (DE No. 2981)
Michael J. Merchant (DE No. 3854)
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Telephone: 302.651.7700

-and-

Peter J. Gurfein
Drake D. Foster
AKIN, GUMP, STRAUSS, HAUER &
FELD, LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3012
Telephone: 213.229.1000

Attorneys for the Debtors

COOLEY GODWARD KRONISH LLP

_____
Jay R. Indyke
Cathy Hershcopf
1114 Avenue of Americas
New York, NY 10036
Telephone: 212.479.6138

Attorneys for Great American Group, LLC,
Hudson Capital Group, LLC, Crystal Capital
Fund, LP, and Retail Consulting Services, LLC

-2-

APPELLEES (Cont.):

COZEN O'CONNOR

Mark E. Felger (DE No. 3919)
Jeffrey R. Waxman (DE No. 4159)
Chase Manhattan Centre
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
Telephone: 302.295.2087

-and-

Lawrence E. Rifken, Esquire
J. Eric Crupi, Esquire
Robert A. Cox, Jr., Esquire
MCGUIRE WOODS LLP
Bank of America Corporate Center
100 North Tryon Street, Suite 2900
Charlotte, NC 28202
Telephone: 704.373.4637

Attorneys for the Official Committee of
Unsecured Creditors of Three A's Holdings,
LLC, et al.

IT IS SO ORDERED,

this __1__ day of __March__ , 2007.

United States ~~District Judge~~
Magistrate

-3-