**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re:<br><br>THREE A'S HOLDING, L.L.C.<br>a Delaware limited liability company,<br>*et al.* | ) | Bankruptcy Case No. 06-10886 (BLS) |
| Cathedral Capital Partners LLC,<br><br>Appellant<br><br>v.<br><br>Three A's Holding LLC, et al.,<br><br>Appellees. | ) | Civil Action No. 06-797 (***) |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY stipulated and agreed between Appellant Cathedral Partners, LLC (the "Appellant"), and Appellees (i) Debtors Three A's Holding LLC, et al., (ii) Official Committee of Unsecured Creditors of Three A's Holdings LLC, et al., and (iii) Great American Group, LLC, Hudson Capital Group, LLC, Crystal Capital Fund, LP, and Retail Consulting Services, LLC (collectively, the "Appellees") by and through their respective counsel, that the above-referenced appeal is hereby dismissed without prejudice. The parties shall each bear their own costs and fees.

Dated: March 29, 2007

AGREED TO BY:

APPELLANT:

PEPPER HAMILTON LLP

/s/ Evelyn J. Meltzer

David M. Fournier (DE No. 2812)
Evelyn J. Meltzer (DE No. 4581)
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801
Telephone: 302.777.6500

-and-

David M. Poitras
JEFFER MANGELS BUTLER & MARMARO LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
Telephone: 310.201.3571

Attorneys for Cathedral Partners, LLC

APPELLEES:

RICHARDS, LAYTON & FINGER

/s/ Michael J. Merchant

Mark D. Collins (DE No. 2981)
Michael J. Merchant (DE No. 3854)
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Telephone: 302.651.7700

-and-

Peter J. Gurfein
Drake D. Foster
AKIN, GUMP, STRAUSS, HAUER & FELD, LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3012
Telephone: 213.229.1000

Attorneys for the Debtors

COOLEY GODWARD KRONISH LLP

______________________________

Jay R. Indyke
Cathy Hershcopf
1114 Avenue of Americas
New York, NY 10036
Telephone: 212.479.6138

Attorneys for Great American Group, LLC, Hudson Capital Group, LLC, Crystal Capital Fund, LP, and Retail Consulting Services, LLC
APPELLEES (Cont.):

Dated: ________________, 2007

AGREED TO BY:

APPELLANT:

PEPPER HAMILTON LLP

______________________________
David M. Fournier (DE No. 2812)
Evelyn J. Meltzer (DE No. 4581)
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801
Telephone: 302.777.6500

-and-

David M. Poitras
JEFFER MANGELS BUTLER & MARMARO LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
Telephone: 310.201.3571

Attorneys for Cathedral Partners, LLC

APPELLEES:

RICHARDS, LAYTON & FINGER

______________________________
Mark D. Collins (DE No. 2981)
Michael J. Merchant (DE No. 3854)
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Telephone: 302.651.7700

-and-

Peter J. Gurfein
Drake D. Foster
AKIN, GUMP, STRAUSS, HAUER & FELD, LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3012
Telephone: 213.229.1000

Attorneys for the Debtors

COOLEY GODWARD KRONISH LLP

______________________________
Jay R. Indyke
Cathy Hershcopf
1114 Avenue of Americas
New York, NY 10036
Telephone: 212.479.6138

Attorneys for Great American Group, LLC, Hudson Capital Group, LLC, Crystal Capital Fund, LP, and Retail Consulting Services, LLC
APPELLEES (Cont.):

COZEN O'CONNOR

Mark E. Felger (DE No. 3919)
Jeffrey R. Waxman (DE No. 4159)
Chase Manhattan Centre
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
Telephone: 302.295.2087

-and-

Robert A. Cox, Jr.
MCGUIRE WOODS LLP
Bank of America Corporate Center
100 North Tryon Street, Suite 2900
Charlotte, NC 28202
Telephone: 704.373.4637

Attorneys for the Official Committee of Unsecured Creditors of Three A's Holdings, LLC, et al.

**CERTIFICATE OF SERVICE**

I, Evelyn J. Meltzer, hereby certify that on the 29th day of March, 2007, I caused the foregoing **Stipulation of Dismissal without Prejudice** to be served upon the parties on the attached service list by first class mail.

/s/ Evelyn J. Meltzer
Evelyn J. Meltzer

David M. Poitras, Esq.
Jeffer Mangels Butler & Marmaro LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
Counsel for Cathedral Partners, LLC

Mark D. Collins, Esq.
Michael J. Merchant, Esq.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Counsel for Debtors

Peter J. Gurfein, Esq.
Drake D. Foster, Esq.
Akin, Gump, Strauss, Hauer
& Feld, LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3012
Counsel for Debtors

Jay R. Indyke, Esq.
Cathy Hershcopf, Esq.
Cooley Godward Kronish LLP
1114 Avenue of Americas
New York, NY 10036
Counsel for Great American Group, LLC, Hudson Capital Group, LLC, Crystal Capital Fund, LP, and Retail Consulting Services, LLC

Mark E. Felger, Esq.
Cozen O'Connor
Chase Manhattan Centre
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
Counsel for the Official Committee of Unsecured Creditors of Three A's Holdings, LLC, et al.

Robert A. Cox, Jr. , Esq.
McGuire Woods LLP
Bank of America Corporate Center
100 North Tryon Street, Suite 2900
Charlotte, NC 28202
Counsel for the Official Committee of Unsecured Creditors of Three A's Holdings, LLC, et al.