

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| THREE A'S HOLDING, L.L.C. ) | Bankruptcy Case No. 06-10886 (BLS) |
| a Delaware limited liability company, ) | |
| *et al.* ) | |
| ) | |
| Cathedral Capital Partners LLC, ) | |
| ) | |
| Appellant ) | |
| ) | |
| v. ) | Civil Action No. 06-797 (***) |
| ) | |
| Three A's Holding LLC, et al., ) | |
| ) | |
| Appellees. ) | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY stipulated and agreed between Appellant Cathedral Partners, LLC (the "Appellant"), and Appellees (i) Debtors Three A's Holding LLC, et al., (ii) Official Committee of Unsecured Creditors of Three A's Holdings LLC, et al., and (iii) Great American Group, LLC, Hudson Capital Group, LLC, Crystal Capital Fund, LP, and Retail Consulting Services, LLC (collectively, the "Appellees") by and through their respective counsel, that the above-referenced appeal is hereby dismissed without prejudice. The parties shall each bear their own costs and fees.

#8426719 v1

Dated: March 29, 2007

AGREED TO BY:

| APPELLANT: | APPELLEES: |
|---|---|
| PEPPER HAMILTON LLP | RICHARDS, LAYTON & FINGER |
| */s/ Evelyn J. Meltzer/* | */s/ Mark D. Collins/* |
| David M. Fournier (DE No. 2812) | Mark D. Collins (DE No. 2981) |
| Evelyn J. Meltzer (DE No. 4581) | Michael J. Merchant (DE No. 3854) |
| Hercules Plaza, Suite 5100 | One Rodney Square |
| 1313 N. Market Street | P.O. Box 551 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| Telephone: 302.777.6500 | Telephone: 302.651.7700 |

-and-                                    -and-

David M. Poitras                         Peter J. Gurfein
JEFFER MANGELS BUTLER &                  Drake D. Foster
MARMARO LLP                              AKIN, GUMP, STRAUSS, HAUER &
1900 Avenue of the Stars, 7th Floor      FELD, LLP
Los Angeles, CA 90067                    2029 Century Park East, Suite 2400
Telephone: 310.201.3571                  Los Angeles, CA 90067-3012
                                         Telephone: 213.229.1000
Attorneys for Cathedral Partners, LLC
                                         Attorneys for the Debtors


COOLEY GODWARD KRONISH LLP

_____
Jay R. Indyke
Cathy Hershcopf
1114 Avenue of Americas
New York, NY 10036
Telephone: 212.479.6138

Attorneys for Great American Group, LLC, Hudson Capital Group, LLC, Crystal Capital Fund, LP, and Retail Consulting Services, LLC
APPELLEES (Cont.):

Dated: _____, 2007

AGREED TO BY:

| APPELLANT: | APPELLEES: |
|---|---|
| PEPPER HAMILTON LLP | RICHARDS, LAYTON & FINGER |

David M. Fournier (DE No. 2812)  
Evelyn J. Meltzer (DE No. 4581)  
Hercules Plaza, Suite 5100  
1313 N. Market Street  
Wilmington, DE 19801  
Telephone: 302.777.6500

-and-

David M. Poitras  
JEFFER MANGELS BUTLER &  
MARMARO LLP  
1900 Avenue of the Stars, 7th Floor  
Los Angeles, CA 90067  
Telephone: 310.201.3571

Attorneys for Cathedral Partners, LLC

Mark D. Collins (DE No. 2981)  
Michael J. Merchant (DE No. 3854)  
One Rodney Square  
P.O. Box 551  
Wilmington, DE 19899  
Telephone: 302.651.7700

-and-

Peter J. Gurfein  
Drake D. Foster  
AKIN, GUMP, STRAUSS, HAUER &  
FELD, LLP  
2029 Century Park East, Suite 2400  
Los Angeles, CA 90067-3012  
Telephone: 213.229.1000

Attorneys for the Debtors

COOLEY GODWARD KRONISH LLP

/s/ Cathy Hershcopf

Jay R. Indyke  
Cathy Hershcopf  
1114 Avenue of Americas  
New York, NY 10036  
Telephone: 212.479.6138

Attorneys for Great American Group, LLC, Hudson Capital Group, LLC, Crystal Capital Fund, LP, and Retail Consulting Services, LLC APPELLEES (Cont.):

-2-

68426719 v1

COZEN O'CONNOR

_/s/_

Mark E. Felger (DE No. 3919)
Jeffrey R. Waxman (DE No. 4159)
Chase Manhattan Centre
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
Telephone: 302.295.2087

-and-

Robert A. Cox, Jr.
MCGUIRE WOODS LLP
Bank of America Corporate Center
100 North Tryon Street, Suite 2900
Charlotte, NC 28202
Telephone: 704.373.4637

Attorneys for the Official Committee of Unsecured Creditors of Three A's Holdings, LLC, et al.

SO ORDERED, this 30 day of March, 2007

_____
UNITED STATES DISTRICT JUDGE

-3-

#8426719 v1