IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| THREE A'S HOLDING, L.L.C. | ) | Bankruptcy Case No. 06-10886 (BLS) |
| a Delaware limited liability company, | ) | |
| *et al.* | ) | |
| | ) | |
| Cathedral Capital Partners LLC, | ) | |
| | ) | |
| Appellant | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-797 (JJF) |
| | ) | |
| Three A's Holding LLC, et al., | ) | |
| | ) | **Related Docket No. 1236** |
| Appellees. | ) | |

## DECLARATION OF SERVICE

I, Evelyn J. Meltzer, hereby declare that on the 6th day of April, 2007, I caused the following to be served upon the parties on the attached service list by first class mail.

**Signed Order to Stipulation of Dismissal without Prejudice (Docket No. 1236)**

Pepper Hamilton LLP

/s/ Evelyn J. Meltzer
David M. Fournier (DE No. 2812)
Evelyn J. Meltzer (DE No. 4581)
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, Delaware 19801
Telephone: 302-777-6500

-and-

David M. Poitras, Esq.
Jeffer mangels Butler & Marmaro LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067
Telephone: 310-201-3571

*Counsel to Cathedral Capital Partners LLC*

#8477890 v1

Mark D. Collins, Esq.
Michael J. Merchant, Esq.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Counsel for Debtors

Peter J. Gurfein, Esq.
Drake D. Foster, Esq.
Akin, Gump, Strauss, Hauer
 & Feld, LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3012
Counsel for Debtors

Jay R. Indyke, Esq.
Cathy Hershcopf, Esq.
Cooley Godward Kronish LLP
1114 Avenue of Americas
New York, NY 10036
Counsel for Great American Group, LLC, Hudson Capital Group, LLC, Crystal Capital Fund, LP, and Retail Consulting Services, LLC

Mark E. Felger, Esq.
Cozen O'Connor
Chase Manhattan Centre
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
Counsel for the Official Committee of Unsecured Creditors of Three A's Holdings, LLC, et al.

Robert A. Cox, Jr. , Esq.
McGuire Woods LLP
Bank of America Corporate Center
100 North Tryon Street, Suite 2900
Charlotte, NC 28202
Counsel for the Official Committee of Unsecured Creditors of Three A's Holdings, LLC, et al.

#8477890 v1